## Pittsburgh National Bank *v.* Bruce, Appellant.

Argued March 12, 1973. *John J. Krafsig, Jr.,* for appellant; *Henry S. Pool,* with him *Jerome T. Foerster, Tucker, Arensberg & Ferguson,* and *Clekner & Fearen,* for appellee.

Order affirmed.

## Sorbino *v.* Commonwealth.
## Lagonosky Appeal.

Argued March 23, 1973. *Thomas J. Sharkey,* with him *Thomas J. Carlyon,* and *Falvello, Ustynoski, Giuliani & Bernstein,* for appellant; *Robert I. Esposito,* Assistant Deputy Public Defender, with him *Stanley C. Van Ness,* Public Defender, of the New Jersey Bar, with them *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellee.

Order affirmed.

WRIGHT, P. J., dissents.